McKAY, Respondent, v. SYRACUSE RAPID TRANSIT RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 24, 1912.) Action by James U. McKay, as administrator, etc., against the Syracuse Rapid Transit Railway Company.

PER CURIAM. Judgment and order affirmed, with costs. Held, that the finding of the jury that defendant was guilty of actionable negligence and that plaintiff's intestate was free from contributory negligence is supported by sufficient evidence, and that the negligence of the plaintiff, if any, although the sole beneficiary, is not a bar to his recovery. Lewin v.

Lehigh Valley R. Co., 52 App. Div. 69, 65 N. Y. Supp. 49. Appeal to Court of Appeals granted. Infra.